IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL MARTIN,
    Plaintiff,

vs.                                        5:06cv145/RS/MD

SGT. RAGAN, et al.
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this cause through the filing of a civil rights complaint pursuant to 42 U.S.C. § 1983 on July 18, 2006. On July 24, 2006 the court entered an order directing the plaintiff to file an amended complaint and motion for leave to proceed *in forma pauperis* on the proper forms, as required by the Local Rules of this court. (Doc. 3). Plaintiff failed to respond, and on September 7, 2006, this court entered an order directing the plaintiff to show cause why this case should not be dismissed for failure to prosecute or to comply with an order of the court. Plaintiff has not responded to this order.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 28th day of September, 2006.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 5:02cv391/RH/MD*