IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL MARTIN,

    Plaintiff,

vs.                              CASE NO. 5:06cv145/RS

SGT. RAGAN; REGION I DIRECTOR
OF FLORIDA DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 5).

**IT IS ORDERED**:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This action is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court and failure to prosecute.

3.    The clerk is directed to close the file.

ORDERED on November 1, 2006.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**